508 A.2d 1197

**Walter W. COHEN, Consumer Advocate,**

**v.**

**PENNSYLVANIA PUBLIC UTILITY COMMISSION.**

**Petition of EQUITABLE LIFE ASSURANCE SOCIETY, et al. David M. BARASCH, Consumer Advocate, Petitioner,**

**v.**

**PENNSYLVANIA PUBLIC UTILITY COMMISSION.**

Supreme Court of Pennsylvania.

April 29, 1986.

Petitions for Allowance of Appeal GRANTED, Nos. 33 W.D. Docket 1986 and 34 W.D. Appeal Docket 1986.